```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

**TAWANYA BELL** and
**JEANETTE BELL,**

    **Plaintiffs,**

V.                                                         NO. 11-2471-Ma

**NATIONWIDE MUTUAL INSURANCE
COMPANY,** a/k/a NATIONWIDE
GENERAL INSURANCE COMPANY,
a/k/a NATIONWIDE AFFINITY
INSURANCE COMPANY OF AMERICA,
a/k/a NATIONWIDE ASSURANCE
COMPANY, a/k/a NATIONWIDE
INSURANCE COMPANY OF AMERICA,
a/k/a NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY and/or a/k/a
NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    **Defendant.**

## ORDER OF DISMISSAL

The parties have submitted a Stipulation of Dismissal indicating that all disputes and claims alleged in this cause have been resolved. This case is therefore dismissed with prejudice. Defendant shall pay court costs as issued by the United States District Court for the Western District of Tennessee only, but no other fees or costs of any type shall be awarded to any party.

It is SO ORDERED this 13th day of July, 2012.

                                        *s/ Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE